This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------------

No. 43
The People &c.,
                    Respondent,
            v.
Omar A. Smalling,
                    Appellant.

                Jenin Younes, for appellant.
                Jill A. Gross-Marks, for respondent.

MEMORANDUM:

        The order of the Appellate Division should be reversed
and a new trial ordered.

        Although we reject defendant's contention that the
evidence presented at trial did not support a charge of
constructive possession, we nevertheless conclude that defendant

- 1 -

is entitled to a new trial.  The trial court erred in that it agreed to the People's request at the charge conference not to charge the jury on constructive possession, but then ultimately provided a constructive possession charge to the jury, resulting in prejudice to defendant (see CPL 300.10 [4]; People v Greene, 75 NY2d 875, 876-877 [1990]).  Under the unique circumstances of this case, the error is not harmless (cf. People v Nevins, 16 AD3d 1046, 1047 [4th Dept 2005], lv denied 4 NY3d 889 [2005], cert denied 548 US 911 [2006]).

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order reversed and a new trial ordered, in a memorandum.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided May 2, 2017